UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| JOBEY HENDERSON, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner | ) | |
| v. | ) | No. 1:11-cv-267-GZS |
| | ) | |
| WARDEN, MAINE STATE PRISON, And DIRECTOR, MAINE DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| | ) | |
| Respondent | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 5) filed July 18, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE** to Petitioner's rights to seek relief in the proper forum.

　/s/ George Z. Singal　　
United States District Judge

Dated this 23rd day of August, 2011.